

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 1, 2025

**By Email**
The Honorable Edgardo Ramos
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Aamer Abdulaziz Ahmed Salman*, S19 17 Cr. 630 (ER)

Dear Judge Ramos:

    On January 16, 2024, defendant Aamer Abdulaziz Ahmed Salman ("Salman") was charged in the above-referenced sealed information (the "S19 Indictment"). We are writing respectfully to request that Your Honor enter an unsealing order and request the docketing of this case, as there is no basis for continued sealing of this matter. With respect to the defense's sentencing materials, we would ask that the Court docket the redacted versions that counsel provided by email on May 23, 2025.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

By:     /s/ Juliana Murray
           Juliana Murray / Kevin Mead
           Assistant United States Attorneys
           (212) 637-2314 / -2211

SO ORDERED:

*[signature]*

The Honorable Edgardo Ramos
United States Magistrate Judge
Southern District of New York
Dated: March 12, 2026