UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA    :

    - v. -    :    **SUPERSEDING INFORMATION**

AAMER ABDULAZIZ AHMED SALMAN,    :
a/k/a "Amer Abdulaziz,"    :    S18 17 Cr. 630 (ER)

                     Defendant.    :    S19

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Money Laundering)

The United States Attorney charges:

1. From at least in or about 2014 through in or about 2019, in the Southern District of New York and elsewhere, AAMER ABDULAZIZ AHMED SALMAN, a/k/a "Amer Abdulaziz," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2. It was a part and an object of the conspiracy that AAMER ABDULAZIZ AHMED SALMAN, a/k/a "Amer Abdulaziz," the defendant, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which transactions affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit,

the proceeds of an international fraud scheme involving the sale of a purported cryptocurrency known as "OneCoin," in violation Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

### Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about 2017, AAMER ABDULAZIZ AHMED SALMAN, a/k/a "Amer Abdulaziz," the defendant, received approximately $225 million in proceeds of the "OneCoin" wire fraud scheme sent to an entity that he controlled for the purpose of concealing the source, ownership, and control of those funds.

    b. On or about March 16, 2017 and on or about September 12, 2017, ABDULAZIZ arranged to make transfers of €8.7 million and €1.6 million, respectively, of proceeds of the "OneCoin" wire fraud scheme to entities controlled by individuals associated with "OneCoin," for the purpose of concealing the source, ownership, and control of those funds.

(Title 18, United States Code, Section 371.)

### FORFEITURE ALLEGATION

4. As a result of committing the money laundering offense alleged in Count One of this Information, AAMER ABDULAZIZ AHMED SALMAN, a/k/a "Amer Abdulaziz," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property

traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

<u>Substitute Asset Provision</u>

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982;
Title 21, United States Code, Sections 853; and
Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney
Southern District of New York