CT. EX. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | **Waiver of Indictment** |
| - v. - | S19 |
| | ~~S18~~ 17 CR 630 (ER) |
| AAMER ABDULAZIZ AHMED SALMAN,: a/k/a "Amer Abdulaziz," | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
AAMER ABDULAZIZ AHMED SALMAN
Defendant

Cameron Ashouripour
_____
Witness

_____
MARC ANTONY AGNIFILO
Counsel for Defendant

Dated: New York, New York
       Aug 15, 2024