UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

l 7-CR-630 (ER)

UNITED STATES OF AMERICA

v.

AAMER ABDULAZIZ AHMAD
SALMAN

Defendant.

SENTENCING APPENDIX ON
BEHALF OF AAMER ABDULAZIZ
AHMAD SALMAN

Marc Agnifilo, Esq.
Zach Intrater, Esq.
Agnifilo Intrater LLP
445 Park Avenue, 7th Floor
New York, NY 10022
marc@agilawgroup.com
zach@agilawgroup.com

*United States v. Aamer Abdulaziz Ahmad Salman*,

**No. 17 Cr. 630 (ER)**

**Index of Exhibits to Sentencing Submission**

| | |
|---|---|
| Exhibit 1 | Aamer Abdulaziz Ahmed Salman Letter |
| Exhibit 2 | Letter to the Government Dated 5/22/2024 |
| Exhibit 3 | Svitlana Rymarchuk Letter |
| Exhibit 4 | Qamar Nassar Letter |
| Exhibit 5 | David Lucas Letter |
| Exhibit 6 | Muhammed Ismail Letter |
| Exhibit 7 | Salman Abdulaziz Letter |
| Exhibit 8 | Nasser Malik Letter |
| Exhibit 9 | Maryam and S█ Abdulaziz Ahmed Salman Letter |
| Exhibit 10 | Nada Al Ali Letter |
| Exhibit 11 | Fatema Salman Letter |
| Exhibit 12 | Pamela Cordina Letter |
| Exhibit 13 | Zuhair Abdulaziz Ahmed Letter |
| Exhibit 14 | Rabha Abdulaziz Ahmed Salman Letter |
| Exhibit 15 | Teresa Starr Letter |
| Exhibit 16 | Majeda Salman Letter |
| Exhibit 17 | Jamie Watson Letter |
| Exhibit 18 | Najwa Bekkous Letter |
| Exhibit 19 | Gerard Butler Letter |
| Exhibit 20 | Tariq Mahmood Letter |
| Exhibit 21 | Zaheer Bhojani Letter |
| Exhibit 22 | Saeed Abdullah Al Baqqali Letter |
| Exhibit 23 | Shakir Saeed Letter |
| Exhibit 24 | Naser AlAttar Letter |
| Exhibit 25 | Huda Al Ali Letter |
| Exhibit 26 | Yosra Salhi Letter |
| Exhibit 27 | Fawwaz Al Alawi Letter |
| Exhibit 28 | Adnan Hashem Letter |
| Exhibit 29 | Mohamed Abdali Mohamed Letter |
| Exhibit 30 | Ali Al Raeesi Letter |
| Exhibit 31 | Riyad Moosa Jafar Letter |
| Exhibit 32 | Ali Youssef Hassan Letter |

| Exhibit 33 | Shaikh Yassin Hussain Usman Letter |
|---|---|
| Exhibit 34 | Patricia Greenbaum Letter |
| Exhibit 35 | Melissa Greenbaum Letter |
| Exhibit 36 | Mahdi Al Farreekh Letter |
| Exhibit 37 | Ekaterine Gabashvili Letter |
| Exhibit 38 | Mamata James Letter |
| Exhibit 39 | Vishal Pandurang Kodikal Letter |
| Exhibit 40 | Sharief Ahmed Abualrahi Letter |
| Exhibit 41 | Rabab Ali Habeeb Letter |

# EXHIBIT 1

March 31, 2025

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Salman, 17-CR-630 (ER)

Dear Judge Ramos:

My name is Aamer Abdulaziz Ahmed Salman and I am set to be sentenced on April 17, 2025. I am writing this letter to apologize for my criminal conduct. I know it was no one's fault but my own and I take full responsibility. My actions have not only caused embarrassment and shame to myself but also to my family, friends, and community who love and support me. My regret is constant, as not a day goes by where I don't feel remorse for what I have done.

I would like to give the court some of my background so you can see more than just my criminal conduct. I was born and raised in the Kingdom of Bahrain as part of a conservative and close-knit Muslim family. Together with my seven siblings, we were taught to care for and support our family. When I was 26 years old, I married my wife Nada and soon after moved to Dubai in the United Arab Emirates. We have 3 lovely daughters. ███████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████

When I left Dubai in August 2021 for the United States, I knew I would likely be here of a few years while my case was resolved. Although I knew that the United Arab Emirates did not have an extradition treaty with the United States, I made the difficult decision to leave my family alone in a male-dominated country because I felt I had a moral responsibility to cooperate with law enforcement in the United States and face the charges pending against me in the United States. I know I did not receive a cooperation letter from the prosecutors, but I am still happy that I was able to do my part in helping make amends for my conduct.

My time in the United States has not been easy. For the last three years and eight months, I have been alone in this country without my family or friends. While I have tried to positively impact my new community by volunteering to distribute food to the needy through a program called New York Cares, the extended loneliness has taken a toll on me. I hope you will consider these last few years in deciding my sentence.

I stand before you today as a humiliated and beaten man. I have read the letters that have been written to you, and they make me cry. It is almost like reading my own eulogy. It has helped me further realize how much more I need to do to make amends for my actions. I am honored and

humbled that my family and friends speak so highly of me, but I am simultaneously deeply saddened that I have let all these people down and brought this unrelenting shame upon myself.

I can say with confidence that I will never violate the law again. This is a personal promise to Your Honor, as well as a pledge I am making to society. I have learned and I am still learning my lesson in a very public and painful way. I beg for the opportunity to prove that I am worthy of your leniency.

Thank you for taking the time to read my letter.

Sincerely,

Aamer Abdulaziz Ahmed Salman

# EXHIBIT 2

# AGNIFILO
# INTRATER

May 22, 2024

<u>VIA E-MAIL</u>
AUSAs Nicholas Folly, Kevin Mead, Juliana Murray
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

Re:    <u>United States v. Aamer Abdul Aziz</u>, S15 17 Cr. 630 (ER)

Dear AUSAs Folly, Mead and Murray:

We write to follow up on our correspondence of March 20, 2024, in which we provided a summary of the reasons behind our request that Mr. Abdulaziz's plea related paperwork in connection with his guilty plea remain sealed until further order of the Court. We originally provided only a summary out of concern that somehow the letter would not remain confidential. However, because the summary was not viewed by your office as being sufficient to warrant the sealing we requested, we now provide a more fulsome account of the information provided as well as the possible and indeed likely consequences that unsealing the plea paperwork could have on him and his family.

In August 2021, Mr. Abdulaziz surrendered himself from his country of domicile, the United Arab Emirates ("UAE"), to the United States Government, voluntarily traveling from Dubai to New York. Since that date, he has remained in New York pursuant to his bail terms as modified from time to time, including traveling with permission back to Dubai in May 2023, and then returning to New York in December 2023 to tend to a pressing emergency concerning one of his children. He has been an exemplary defendant since August 2021 and his pre-trial officer has affirmed the same.

Mr. Abdulaziz came to the United States with the intent to answer for his conduct

Mr. Abdulaziz has always honored his commitments during this

Mr. Abdulaziz left his wife and three daughters behind in the UAE.

**MARC AGNIFILO**
marc@agilawgroup.com

**ZACH INTRATER**
zach@agilawgroup.com

**TENY GERAGOS**
teny@agilawgroup.com

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM

# AGNIFILO
# INTRATER



In our March 2024 letter, we detailed several topic areas, which we expand on below:

a.  Several OneCoin co-conspirators who have not been apprehended, including Ruja
Ignatova, Frank Schneider, Velizara Ivanova and Adrian Oton. These individuals
are still at large



i.  The several OneCoin conspirators still at large

ii.

iii.

iv.

v.

b.

# AGNIFILO
# INTRATER



# AGNIFILO
# INTRATER

  e. Mr. Abdulaziz has provided information regarding the corruption and illegal acts



  In addition to the above, we emphasize that Mr. Abdulaziz will require time

The mere unsealing of a plea paperwork at this time, after Mr. Abdulaziz has been in this country for almost three years without meaningful advancement of his case,

---

# AGNIFILO
# INTRATER

For these reasons, we firmly believe that it is of utmost importance, ███████████████, and for the smooth continuation of the processes that ███████████████████████████████ We are available to discuss these points or any other issues with you at your convenience.

Thank you for your consideration.

Respectfully,

**Agnifilo Intrater**

Marc Agnifilo
Zach Intrater

**Amsterdam & Partners**

Cameron Ashouripour
Peter Sahlas

# EXHIBIT 3

16/09/2024

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007

**Re – United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)**

Dear Your Honor,

My name is Svitlana Rymarchuk. Im am 34 old, I was born and raised in Ukraine. I have been living in Dubai, UAE for the last 12 years. I am a graduate of LLC International University in Lithuania, with a Bachelor of Arts degree in Philology.

I came to the UAE in 2012 and worked in hospitality, real estate and other private firms. At some point I was looking for new opportunities and my friend referred me to Aamer, who was at that time looking for a personal assistant to help him run the office. We met in 2016 and I have started working for Amer and continue till date. Looking 8 years back I still remember how happy I was to secure the job with Amer's company, as from the very beginning it felt different than any other job I was doing before. In my experience Amer is the only manager who makes people he hires feel they work *with* him, instead of *for* him.

I have worked with Amer for the last 8 years, and I believe the length of my service indicates a great relationship and satisfaction with the work environment and Amer as the manager. I think I will not be wrong to say on behalf of all employees, that  we have always been treated with respect, loyalty, understanding. Amer has a great managerial style, and makes sure that employees are well cared for, have a great work environment. feeling empowered and strive to be the best in whatever they do.

Amer is very much loved and respected by me and all other employees. I don't recall the occasion he would turn down any personal request people would come with to him, such as advanced salary or time off; financial, business or personal advice.

The best example of Amer's best qualities from my experience was Amer's support when I was going through the toughest times myself. First, when my father passed away, Amer took care of my flights to get home, also I was given as much time as I required to grieve and heal. Second, when the war broke out in Ukraine, Amer, knowing that my family was there at the time, offered help to get them to a safer place. I really appreciate the thoughtfulness and desire to help. Living alone in a foreign country is not always

easy, however knowing that there is someone you can count on and ask for help in times of desperation really makes a difference, and I am very grateful.

Since I have been Amers PA for a long period of time I got to know him not only as "boss", but also on a personal level. I know his wife and kids, and can characterise Amer as a great husband and father. He cares a lot about his wife and children, and it was always sweet to witness him at the "proud father" moments, whenever he would share the achievements of his daughters (as big as academic achievements to as small as his youngest daughter learning how to bake, so he would bring cookies to the office and share with colleagues).

Amer is a deeply religious man. I have never seen him miss a prayer, be it during a very busy day at the office, during meetings outside, business trips, etc. His faith is strong and influences his entire life and decisions he makes. This is witnessed in Amer's honesty and integrity, kindness, gratitude, respect and forgiveness for others in both business and personal areas of life.

Amer is a very hard working person. In all 8 years of my employment I have never seen him taking a vacation. He is an achiever by nature, he is driven by results and strives to be the best in whatever he does. His equine business was born out of passion and run by endless love to horses and desire to become one of the top operations and compete with the best worldwide. He has spread this love to his team, even to those people who have come from other industries and never had anything to do with animals.

Amer is a very social person, he easily makes friends and likes to be surrounded by people. By saying that, I want to mention that he would never judge anyone by race, age, color, gender, religion, etc. Amer has always been a kind-hearted and honest man, and he values the same in other people: openness, trustworthiness and loyalty.

Despite many hardships in his own way, Amer remains a very optimistic, kind and generous person. Amer supports several charities and would always share what he has to those in need. I am sure there are many more people apart of myself and than those I know personally, who are very grateful to Amer for what he did or to how he influenced their lives.

Thank you for taking time to read my letter. I hope it helps to better understand who Amer is and what values and believes he carries through his life.

Best regards,

Svitlana Rymarchuk

# EXHIBIT 4

September 07, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear Your Honor,

My name is Qamar Nassar, I am 39 years old, Syrian national, and graduated with a bachelor's degree in Economics from the University of Halab in Syria. I am a Sales Director in Aziz Developments in Dubai, United Arab Emirates.

I am writing this letter to speak about a dear and long-time friend, Mr. Aamer Abdulaziz Ahmed Salman. I have known him for many years, and during this time, I have had the opportunity to witness one of the most noble and kind-hearted individuals I have ever met.

Aamer is a man of rare generosity and kindness. He is always there to lend a helping hand to anyone in need, without waiting to be asked. He has supported my life in many ways and has played a significant role in easing many burdens I have faced. I can say with complete honesty that Aamer has been, and continues to be, a true source of help for me and my family. He has offered us both material and emotional support in times when we needed it the most.

His warm personality and strong moral character embody the true meaning of friendship and support. He is someone you can rely on in the toughest times, always there for those in need, without hesitation or delay.

In conclusion, I can only express my deep gratitude and respect for this noble man, and I kindly ask Your Honor to consider the exceptional qualities of Mr. Aamer Abdulaziz Ahmed Salman.

With kind regards,
Qamar Nassar

# EXHIBIT 5

Dynasty Equine Australia

12 Compass Dr                                          11/09/2024

Biggera Waters

Australia

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall

US Courthouse

40 Centre St

New York 10007

RE United States Vs Aamer Abdulaziz Ahmad Salman

17 Cr 630 (ER)

Dear Judge Ramos,

        I have known Aamer for twenty plus years. We first met on a visit Aamer had to Australia and kept in contact from that time. As we both had a love of horses it was only natural to look to further our association by becoming involved in the Thoroughbred Industry here in Australia.

For over twelve years I have been a consultant to Aamer in his equine business. Throughout this time Aamer has not only become well known but highly respected by all. Aamer has a great relationship with the major industry leaders which in turn makes my position as consultant more enjoyable.

In all my years of knowing Aamer I have found him to be of the highest business morals with absolute transparent honesty and reliability. We have become personal friends and I have been able to observe his excellent character and willingness to always strive to be a man of integrity.

I hope your Honor will take all this into consideration at the time of sentencing.

Respectfully

David Lucas

# EXHIBIT 6



**The Honourable Edgardo Ramos**
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street, New York, New York 1007

16th September 2024

Dear Honourable Judge

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

My name is Muhammed Sheik Ismail, a South African citizen, 60 years of age, married with three children, residing in Johannesburg South Africa and my South African ID number is ▓▓▓▓▓▓ I am the Chief Executive Officer of TDM, a Social Impact Company that work with underprivileged youth in South Africa's black townships and rural areas. I am writing this character reference letter in favour of Mr. Amer Abdulaziz Salman.

Mr. Amer Abdulaziz Salman and I were work colleagues for a multi-national company in the UAE between 1999 – 2004 and have kept our professional relationship and friendship when I returned to South Africa. Our relationship spans over 2 decades.

Throughout our acquaintance, Mr. Amer Abdulaziz Salman has consistently demonstrated unwavering integrity, honesty, and moral character. He is a person of high principles and always strives to do what is right, even in challenging situations. Mr. Amer Abdulaziz Salman's ethical conduct and strong moral compass serve as a commendable example to me and my family.

In addition to outstanding character, Mr. Amer Abdulaziz Salman is highly responsible and reliable. He takes commitments seriously and consistently follows through on his promises. Mr. Amer Abdulaziz Salman is a dependable individual who can be relied upon to fulfil his obligations with utmost dedication and punctuality.

Mr. Amer Abdulaziz Salman is a person of remarkable character, possessing unwavering integrity, compassion, and responsibility. He embodies qualities that make him an exceptional individual, both personally and professionally.

Should you require any further information or have any questions, please do not hesitate to contact on my mobile number ▓▓▓▓▓▓ or on the Email Address ▓▓▓▓▓▓

Thank you for considering my character reference for Mr. Amer Abdulaziz Salman.

Yours sincerely

*MSIsmail*

**Muhammed Sheik Ismail**
CEO

  ▓▓▓▓▓▓

  ▓▓▓▓▓▓

 www.tdmza.co.za

  ▓▓▓▓▓▓

# EXHIBIT 7

The Honorable Edgardo Ramos                                    September 21st 2024
Southern District of New York
Thurgood Marshal U.S. Courthouse
40 Center Street
New York, New York 1007

Re: United States vs. Aamer Abdulaziz Ahmed Salman 17 Cr.630 (ER).

Dear Honorable Judge Ramos,

I, Dr. Salman Abdulaziz, am Aamer Abdulaziz's brother, a senior consultant of cardiovascular critical care and owner of BeatsPlus Medical Equipment Trading in United Arab Emirates.

It is my honor for me to write this transparent testimonial regarding my brother Aamer as an open minded and caring member in our family. He is compassionate, empathetic, humble with high level of integrity.

In my life, he was mentoring me to build my personality and grow as a young physician to help my community and support them. Family wise, he used to show us how to take care of our mother with her special needs and chat with her on daily base. My kids and our mother are so attached to him in full emotional bonds. ███████████████████████████████████████████████████████████████████████████████████

With the aforementioned community and family situations, I would like to ask from your honor to consider the lightest sentencing for his case to make him reconcile with his beloved mother and family ████████████████████████████████████

Regards,

Dr. Salman Abdulaziz
Consultant of cardiovascular critical care
Managing Director of BeatsPlus Medical Equipment Trading.

# EXHIBIT 8

The Honourable Judge Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Center Street
New York, New York 10007

September 21st 2024
Re- United States v Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

Hello Your Honour,

My name is Nasser Malik, my relation to Aamer is that he is the father of the woman I am currently in a relationship with. I have not spent a lot of time physically With Aamer however, he has shown me immense motivation and support during my time of university by calling his daughter and asking about her, and her studies, but also asking about me and my studies, while he motivated both of us to do the best we can and telling us that we can do it. He is a very supportive and loving father, and not only can I see that with his daughters, but I can also see that with how he treats me, his future son in law if God wills. His character shows that he is a family man from the start to the finish, and this can immediately be seen with how he treats his daughters, his wife, how he treats his friends, and how he treats me. In the times I met Aamer, he showed me hospitality and treated me like his family, we joked around, we had breakfast together, and most importantly, he made me feel like a part of the family, this is why the court should take his character into consideration with how important of a man he is to his family by supporting them physically, and more importantly mentally. If God wills, I plan one day to get engaged to one of Aamer's daughter and hopefully get married to her however, due to Aamer's case, I will have to postpone that as culturally in the Middle East, the father should be there when the daughter's hand is being asked for marriage. I hope the Court takes this into consideration as well, understanding the importance Aamer has on all of us. I also would like to bring up how the court should take a form of sympathy and empathy to Aamer, as we all want him back, I hope that you, Your Honour, can understand how much we all wish to see him back and you take that into consideration.

Sincerely,
Nasser Ahmed Qassim Malik

# EXHIBIT 9

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007

September 09th 2024

Re - United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

We, Maryam Amer Abdulaziz Ahmed Salman (23 yrs) and S␣␣ Amer Abdulaziz Ahmed Salman (17 yrs), are writing this letter to attest for our father's character.

Firstly, we would like to start this letter by stating how much of a role model our father is to us and how we look up to him in all aspects of our life. Growing up, our father always had an active role raising us. He would always make himself free for us to spend quality time together no matter how busy he would get. Aside from that, he would help us with our homework and read us bedtime stories. Now that we are older, even with him being miles away, our father still has an impactful role in our lives. Even though the distance is not ideal, our father still makes time to call us everyday and check in on us. Those calls can last from minutes to hours but they would never accumulate to our father being physically present around us. This is evident in all the valuable moments and milestones that he missed such as graduations, weddings and even funerals.

Throughout our lives, our father has helped us through minor and major difficulties. Without our father, we wouldn't be where we are today. This is demonstrated by his hard work and perseverance which he embedded in us. For instance, when I, Maryam, first expressed my interest in Architecture my father was fully supportive of my endeavors. Even when I decided to change my degree to business, he openly encouraged my decision and helped me overcome the emotional pressure that came with the change. Three years later, his constant support drove me to success and helped me find my passion in my career.

Our father is the root of our family. He is an influential figure who shaped the path to where the family stands. Without him, we wouldn't be where we are today. I, S███ remember the days when we were financially struggling and all lived together in a small apartment. But even then we held together due to my father's unwavering strength and dedication. Not to forget his ability to be patient and never give up even in the toughest of times. During that time our parents were not able to cover the finances of school fees and we were in debt. Yet, even in that moment of hardship, my father never lost sight of his hope for Maryam and I to succeed. Despite the weight of providing for our family being on his shoulders, he made it his personal mission to homeschool us and provide us the best education available. Those memories are unforgettable and are forever imprinted in our minds. Even though times were hard then, and they still are today with our father not being around us, our father was a man who never lost hope. He is an extraordinary figure who believes in our full potential, even if there may be obstacles in our path. My father's determination does not stop here; during the time we were homeschooled he relentlessly searched for ways to get me into an excellent school. As I am still a minor and in the UAE it's the father who is the head of the house, my father had to enroll me in school and I eventually found myself enrolled in a new school. This is a significant example of when our father was a hero in our eyes.

Our family faced countless challenges, but our father passed through them all like a breeze and fought silently and unrelentlessly. His love and perseverance taught us many valuable lessons in life and those are traits we would love to inherit from him. His determination inspires us all today to achieve our own dreams, as it is our father who always tells us to "dream and dream big" and work hard to achieve those dreams.

We miss him terribly and appeal to you, your Honour, that after three years of our father being away from us we eagerly await his arrival back home.

We love you Baba!

Regards,

Mimi and S███




# EXHIBIT 10

The Honorable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007

September 16th 2024

Re - United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

Honorable Judge,

I am Nada, the wife of Aamer, who is currently standing under the roof of your justice. I am including this letter of mine so that I can write a few lines and words which may not do adequate justice to my life's experience with my husband Aamer.

Aamer is a loving, cooperative, and understanding husband and a support for me in the good and bad of life. Aamer has a cheerful and charming spirit. As for Aamer's personality as a father, he is a caring, affectionate, and forgiving father.

Despite the difficult times we went through, Aamer did not neglect my rights as a wife, nor did he neglect the care and education of our daughters. He was patient and determined for the girls to complete their education and to raise them and give them a good upbringing, so that they would benefit themselves and their society. He was generous and kind to his family and to all his relatives, near and distant. His generosity and giving encompassed all his friends and everyone who knocked at his door, whoever they were.

After Aamer left the country, he placed the responsibility of the family on me and was always there to help me in providing advice and guidance. He was in constant contact with us throughout the day to check on the condition of his daughters and myself. He spoke with eagerness and longing.

Aamer was very concerned about our daughter S███ 's academic future, when our daughter's registration in school was rejected because her father's identity card had expired, and the school warned us to stop her from attending school. This is because in our country, a student is required to register with his or her father's identity card only. Aamer's concern was that our lives should continue as normal and that none of his daughters should be exposed to any interruption in their studies, as had happened previously.

Aamer's concerns do not stop at our daughters' studies only, but he cares about their health and safety as well. He broke his back and suffered a lot while he was away from us in terms of time and distance.



He also renewed his ID during this period so that S█████ could return to her school.

It was really difficult for him and for us that we are left again.

Your Honor, in our Eastern society, the presence of the father is very important because social matters and relationships are related to the presence of the father. For example, when someone proposes to marry one of our daughters, the father of the girl must receive them, and the marriage contract cannot be concluded except in his presence and with his blessing. My daughter, Maryam, is currently in a relationship with someone and he came to visit us, but we cannot complete this matter. We are currently waiting for Aamer to return so that he can come to propose to her with his parents, and the engagement cannot take place except in the presence of her father because these are the customs in our Gulf society.

Forgive me, Your Honor, for this lengthy letter █████████████████████████████████████
███████████████████████████████████████████████████████

Therefore, I ask Your Honor to look at our situation with mercy, to bring together our family by Aamer's return, and for us to be a unified family under one roof.

My sincere thanks and regards to you and may you and your family be always in good health and well-being.

Regards,

Nada Al Ali

[signature]

# EXHIBIT 11

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007


September 20th 2024

Re - United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)


My name is Fatema Salman, I am the eldest daughter of my father Aamer Salman. I studied Law and reached higher education despite failing the whole year of my first academic year, but my father encouraged me to continue studying law; this is the reason why I am academically where I am today. Also, during my bachelor's degree, my father had financial trouble, but he insisted that I complete my degree, and he took a loan to support my education. My father always wanted to provide me and my sisters with the best education.



My father not only supports us, but he also takes care and funds various orphans. He also supports many individuals with their education. This includes my cousin's education after their father's death.

I look up to my father in his giving trait. This motivated me and led me to be a volunteer at Red Crescent, a charity organisation in the UAE.

Your Honour, I have lost so much time away from my father and I yearn for the day where I can make my father proud and make things right again. I humbly ask that my father is treated with mercy as permissible by law and have him back with us.


Respectfully,


Fatema Salman.

# EXHIBIT 12

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007


Re – United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)


My name is Pamela Cordina, and I oversee operations as the COO of an online entertainment company in the UAE. I have had the pleasure of knowing Aamer for over 25 years as a close family friend and mentor. It is no exaggeration to say that Aamer is one of the kindest, generous and most thoughtful people I have ever met before or since. Aamer is the type of person who will always give up his time to listen to anyone with a problem and has an uncanny ability to seek out those in need of comfort or a kind word. In actual fact, to be asked to write a letter in support of Aamer Abdulaziz Ahmed Salman's ("Aamer") character is indeed an honour and a privilege and I do so with pleasure.

How to explain Aamer? Aamer is an extraordinary person whose generosity (not only in terms of money but in terms of his time, his support, his knowledge and experience and his willingness to put the needs of others before his own) is exceptional. Aamer will always make time for anyone, even if his schedule is full to breaking, because Aamer believes that it is his duty to help all those around him. I can personally vouch for the fact that Aamer makes time for complete strangers on the street and a cry for help, of any sort, is never ignored. One very small example is that Aamer will always ensure that any leftover food, whether that be from a restaurant or his own kitchen, is promptly taken to those in need. Whilst this may not sound very exceptional, I have never met anyone who consistently thinks of others and does this small act of kindness at the end of every meal, whatever the time of day or city he is in.

I would also like to mention Aamer's volunteer work which he undertakes wherever he may be and has continued this volunteering since he has been in New York. I know that Aamer contributes to community food distribution at New York Cares in New York City. At the same time Aamer continues to make a significant contribution to the lives of all those he meets in New York, with his unwavering good humour, ready smile and willingness to stop and chat with all those he meets. It never ceases to amaze me that each and every person he meets, without fail, leaves with a genuine smile and a clearly obvious lightness from their experience. This is something that Aamer has an innate ability to achieve with all those he encounters.

Aamer has also spread his community spirit to all the tenants in his New York building thanks to his efforts to hold regular weekly social events such as Friday Pizza or Burger nights, were he actually buys and cooks for his neighbours and employees of the building, ensuring that those away from their families regain that sense of community once again.

Historically, Aamer has always provided financial support to his home country of Bahrain (even when he was in difficult financial circumstances himself and was struggling with the school fees of his own children), providing monthly assistance to those in need – whose needs he always sees as greater than his own.  This support, of course, extends to his employees and he has yet to refuse any plea for assistance when required, notably to employees whose families have been struck by illness or adversity in which case Aamer always provides both financial and emotional support.

Aamer is a man with the utmost integrity who consistently stands up for himself and others in what he believes is right. His strong moral principles are evident in all aspects of his life. He is a man of his word and a man of prayer. Even in the face of making the most difficult decision of his life—leaving his family behind— Aamer handled the situation with a gentle and positive demeanour. He was always ready to do the right thing and in doing so he prepared his family for the distance with grace and strength, demonstrating his unwavering commitment to their well-being and, at all times, putting their feelings to the forefront.

Despite the physical distance, Aamer has continued to support his family through challenging times. He has provided unwavering support █████████████████████████████████ and difficult to comprehend, yet Aamer remained steadfast in his dedication to his family's well-being. From the extensive conversations we have had I know that one of the biggest pains he carries is the fact that he is not physically home to ████████████████████████████████ █████████████████████

In conclusion, Aamer is dedicated to good causes.  He is trustworthy, compassionate, ethical and always kind.  Aamer's commitment to helping others and his strong moral character make him an invaluable member of any community.  As I have witnessed over a span of more than twenty-five years, I have no doubt that Aamer will continue to make a positive impact on the lives of those around him. I humbly ask your Honour to take the above into consideration when getting to know Aamer as a person and not just a case.

I believe that the facts set out above are true to the best of my knowledge and belief:

Pamela Cordina

Date: 15th September 2024.

# EXHIBIT 13

Date: September 13th 2024

The Honorable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S Courthouse

40 Center Street

New York, New York 10007

Ref: United States v. Aamer Abdulaziz Ahmad Salman

Aamer Abdulaziz Ahmad Salman 17Cr.630 (ER)

Dear Judge Edgardo,

To begin with , let me introduce myself to your kindness , My name is Zuhair Abdulaziz Ahmed , born on ████████ in Manama; the capital of the state of Bahrain in a poor family , as most of the families were at that time ,the life conditions was often difficult till I finished my education as civil engineer and lead the family to a life status change , we were all struggling to make that change , myself and my younger brother Aamer, a turning point was when I was appointed as CEO of a leading construction company where our income has drastically changed , however the sense of poverty harshness was dominating my thoughts and was in my mind always , therefore I devoted myself to offer the maximum possible donations to the needy families and encouraged Mr. Aamer to do the same .

Over that period of time, and on the basis of our backgrounds mentioned above, I adopted offering the maximum donations to several needy families in our area on a monthly basis, however due to several tough market conditions and the change of our board of directors I lost that position in that organization, accordingly my financial commitment was undermined by the loss of my major income later on.

When that has happened all the families who received that support has been severely affected by the absence of their only income that comes from the donation.

Mr. Aamer was serving as a mentor, offering valuable advice, especially in those early days when there were many naysayers who believed was an effort in futility. His advice and guidance, and also his financial support strengthened my resolve, helping me to push forward and continue the assistance of those needy families.

He supported the donors and their family members through his intensely emotional and physically draining process, often providing, by his financial support, needed education expenses, households, family childcare, meals and others.

Mr. Amer in particular was exceedingly helpful to me in identifying and addressing a lot of objective issues, and potential pitfalls and gaining the reputation of honesty m integrity, transparency, and compliance with the relevant community supporting programs and the local donation laws.

Additionally, his financial support when I was really reseparating for any kind of source of support to continue the program for the needy families continued to pay great moral dividend. Especially in the early days Mr. Amer was insisting that all the families have to get their kids educated and to continue in their schools and few number of those has already graduated, employed, and are now serving their economy.

Mr. Amer efforts, helped us to continue our programs, reach to this point. His foresight, planning, skill, drive, and active participation is debt that cannot be repaid. Despite everything else we continue to respect him for his dedication, commitment, and overwhelming desire to help people in need, and his ability to accomplish those goals.

We hope Your Honor will take all this into consideration at the time of sentencing and impose the lightest sentence possible recognizing what Mr. Amer has done of and continues to do for the community of our Village Bilad Al-Qadeem in the kingdom of Bahrain.

Respectfully,

Zuhair Abdulaziz Ahmed.

# EXHIBIT 14

**The Honorable Edgardo Ramos**                              September 17th 2024

**Southern District of New York**

**Thurgood Marshal U.S. Courthouse**

**40 Center Street**

**New York, New York 1007**

**Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr.630 (ER)**

Dear Edgardo,

I, Dr. Rabha AbdulAziz, am Aamer Abdulaziz's sister and the owner of Al Nakheel Medical Centre in Bahrain.

Over the years, my brother has served as a mentor in the clinic, offering me valuable advice, especially in the early days of launching the business when there were many naysayers who believed my efforts were in futility. His advice and guidance strengthened my resolve, helping me to push forward. Without him, the clinic wouldn't even be opened today.

My brother was exceedingly helpful to the clinic in identifying and addressing issues and potential pitfalls we may face. He has also helped the clinic gain a reputation of honesty, integrity, transparency, and full compliance with all relevant laws and regulations. Based on this, it can be clearly seen how my brother's efforts have helped us to reach the position we are in today. His foresight, planning, skill, drive, and active participation is a debt that cannot be repaid. Thus, all of us in the clinic respect his dedication, commitment, and overwhelming desire to help people in need. As well as his ability to accomplish his goals and help others accomplish their goals too.

We hope Your Honor will take all this into consideration at the time of sentencing and impose the lightest sentence possible recognizing what my brother has done and continues to do for the community.

Respectfully,

Rabha Abdulaziz Ahmed Salman

**ANMC** Founder, Chairman of the Board

# EXHIBIT 15

22nd September 2024

HH Judge Edgardo Ramos

Southern District Court of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, NY 10007

Dear Honourable Judge Ramos,

**Re: United States vs Mr Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)**

I am delighted to have the opportunity to share with you my opinion on the character of Mr. Aamer Abdulaziz Ahmad Salman ("**Aamer**") and I am extremely gratified that Your Honour wishes to learn more about the character of Aamer, from those who have had the opportunity to know and understand him.

I have had the great pleasure to know Aamer for almost seven years and met him through his daughter with whom I had been working with at a law firm in Dubai. From the very first meeting with Aamer I quickly became aware of his openness, great sense of humour and, above all, his generosity not just in terms of money but of his time and his willingness to impart his deep knowledge and experience, in order to help others.

One thing I have particularly noticed about Aamer, is that he is a loyal and totally supportive employer. Even in circumstances when a position becomes redundant, for whatever reason, Aamer will create another position so that the employee has no need to leave. Aamer knows that his employees depend on him to support their families both in Dubai and their home countries and he takes this responsibility incredibly seriously. Aamer always makes time for his employees' concerns and does what he can to alleviate their problems whether by providing a loan, advice or simply a shoulder to cry on. When my husband had a heart attack and Aamer found that out that we had to pay all his medical bills, as his company had failed to insure him, Aamer immediately contributed to the medical costs as he knew this was a difficult financial burden upon us aside from the stress of the surgery and recovery.

Aamer is charming, funny, a brilliant storyteller and, as I said at the outset, he is generous to a fault. If anything, Aamer is too generous with his time and will always stop to help someone whatever other critical demands there may be on his time. Aamer cannot help

but try to assist anyone in need as it is part of his DNA. Aamer lives totally with and by his religion and his moral character and total willingness to help others are a testament that religion is a huge part of his life.

Aamer treats everyone he meets with the same level of interest and attention. Whether they be highly educated or illiterate, rich or poor. Aamer's interaction with them will be the same, he will listen to them, feed them (*he is notorious for offering even the food from his own plate*), help where he can, and at the very least he will always, without fail, leave them with a smile on their face, even those facing adversity cannot fail to have their spirits lifted by Aamer. In short, to know Aamer is to love Aamer. It is impossible not too!

In closing, I would also like to add that it is abundantly clear to everyone that Aamer is the epitome of a true family man. Aamer loves his wife and children dearly and I know that being separated from them, for such a long period of time, has been incredibly painful for both him and his family. That being said, and being the kind of man that he is, Aamer doesn't let his wife or children see the devastating effect that this isolation has had on him and without fail he will put aside his grief in order to bolster his family and help them through the pain of loneliness and grief at his absence.

I hope the foregoing is of some assistance in learning about the true nature and character of Aamer.

Teresa Starr

# EXHIBIT 16

The Honorable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007


Re – United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

Date – 13ᵗʰ September 2024


Since 2022, I, Majeda Salman, became a member of a local charity assembly and took over management of the education committee. As a charity member I have contributed to many charity activities and put effort into helping people approaching me. My brother, Mr. Aamer Abdulaziz Ahmad Salman, has shown an overwhelming desire to solve people's issues whenever I approach him for donations.

Aamer supports many families in our community; he does not hesitate to help people in need. Some of his donations are monthly while others are as needed by people. For monthly donations, my brother is keen on providing a good living environment to people around him, starting from his closest ones like mother and sisters to the widest circle of relatives, neighbors and friends. He first cares about his soon to be eighty-year-old mother's health and gets her the medicine she needs. Aamer has five sisters. He keeps an eye on the family of two of them. One sister, her husband, has recently passed away and Aamer promised to take care of her three daughters, two of whom are still at school. Aamer is funding their education and financially support them to cover their living expenses. The other sister has a limited income and needs help in order her daughter to finish studying.

From family to relatives and neighbors, Aamer provides monthly support to around twenty families that have insufficient income and cannot cover daily life expenses. Three of these families lost their father and have orphans. The rest of the families either their father retired and/or receive low wages that cannot cope with the continuously raised market prices.

On the other hand, my brother also either partially or fully donates to cases of people in need who have issues rising from time to time. I can mention here some of the cases in which he played a role in bringing happiness to the donated family. I always send him the thank you messages I receive. I attach some of these supporting materials although they are written in Arabic. One prominent donation was to do abdominal surgery vital for a twenty-five-year-old mother to survive after delivering her first baby (S1).  Another important donation was to help an old man do a cataract removal operation (S2). Among the other donation cases were supplying electrical devices and furniture to three different females, that included air conditioner (S3), refrigerator (S4) and carpet (S5), based on their needs. Aamer's donation covered paying fees for a student who needed to

register for his fourth-year undergraduate education at a private university. There are many more such humanity cases in which Aamer does not hesitate to help.

Among these cases is the denotation he made to an old man to do a cataract removal operation, supplying electrical devices and that includes air conditioner, refrigerator, carpet and furniture to three different females based on their needs, paying the fees for a student who needed to register for his fourth-year undergraduate education at a private university. There are many more such humanity cases in which Aamer does not hesitate to help.

My brother is known for his commitment to his family as well as his kindness and desire to help people in need and so contributes in building up a healthy community.

We hope your Honor will take this into consideration at time of sentencing recognizing Aamer's significant contributions to the community in the past and distinguished additions he will post in the future.

Sincerely,

Majeda Salman.

# EXHIBIT 17

17 September 2024

The Honourable Judge Edgardo Ramos
Southern District Of New York
Thurgood Marshall U.S. Court House
40 Center Street
New York, New York 10007

RE: United States vs Aamer Abdulaziz Ahmad Salman Cr. 630 (ER)

Dear Judge Ramos

I, Jamie Watson, first met Aamer around seven years ago while undertaking freelance journalistic work for an American horse racing website. I'd asked Aamer for a feature-length interview about his horse racing business, and, as he always has been, he was very generous with his time even though I was a relative unknown in the industry. As is his way, he showed great passion for horse racing and a lot of patience with me, a UK-based journalist who got a few things wrong when asking questions. Despite my errors, he never embarrassed me or took me to task. The general feeling among the British racing press back then was that Aamer was a breath of fresh air for horse racing in the UK. He had time for everyone, and it was clear that he wanted to try a new approach to the sport that would go beyond any personal ambition by promoting the sport as a whole. His openness in interviews was a trait that was, and still is, particularly enjoyed by those who spoke to him. He came across as genuine and authentic, basically because he is.

It was only a short time after my article was published that we discussed coming to work with him on the PR side of the business. That's the correct phrase, too: "with him" rather than for him. That's how it feels. There are not many people I've worked with or for, especially in horse racing, who make you feel that you are a partner rather than a subordinate. He clearly outlines his vision and then treats everyone's ideas equally to his own to build on those foundations. It is a collaboration process, and because of this, you really want the project to succeed, not just for personal ambition but for him.

Aamer has become, in some ways, a bit of a mentor. I've watched how he conducts himself, I have sought advice on a number of topics, and he has given me opportunities to grow and develop well beyond the role I was originally hired to do. His way of working, willingness to share amazing experiences, and encouragement have helped me achieve far more than I thought possible in an industry often closed off to those not born directly into it.

His drive to succeed is evident, but it's worth stating this isn't all for personal ambition. I vividly remember a conversation we had early on in my employment where we discussed his hopes to become one of the best-known Racing operations in the UK, which in turn would help him in a plan to build specialist housing for injured jockeys in Newmarket, the headquarters for the sport in Britain. Away from racing, he has also laid out plans to build specialist affordable housing for people struggling with neurodivergent issues such as autism.

Although, like many of my colleagues, I call him simply "boss", I have had the pleasure of getting to know Aamer on a more person level and as a family man. A dedicated husband and doting father, I have witnessed a man who cares deeply about his loved ones. In one of our first conversations, I learnt that he was taking his youngest daughter to Disneyland Paris, a trip she had been begging to go on for some time. Although I suspected he wasn't quite as keen as her on the trip, he was going to make her dreams come true and had planned every detail around making her happy. I've also seen him swell with pride when talking about his older daughters going to and graduating from college. These personal communications aren't only one way; he always asks about my family, how my wife is and what my daughter is up to. He has even offered to use some of his business connections to help her in her own ambitions. In a way, I think he believes his colleagues are an extension of his family; it certainly feels like that, anyway. He is fiercely loyal, and you know he would go to bat for you if you ever needed help.

The word "loyal" could have popped up many more times in this letter. He has never broken any promises he has made me about my position in the company or any future opportunities. I have only known him to act with integrity with me and with third parties we deal with. He is still held in the highest regard by leading figures within the Horse Racing industry in the UK and Ireland. Even when times have been challenging, when it would have been easier for him to walk away from the horse racing world, like during COVID, he made sure that, first and foremost, his team was looked after and that our jobs came first. It's a mark of the man that even during hardships, he is extremely positive, outlining bold plans and motivating all of us to aim big and achieve great things together.

Judge Ramos, I would like to thank you for reading this letter. I hope it helps you better understand Aamer and the respect he is held among those lucky enough to have gotten to know him better than most. I humbly ask that you take this into consideration during sentencing.

Respectfully

Jamie Watson

# EXHIBIT 18

September, 19ᵗʰ 2024

The Honorable Judge Edgardo Ramos
South District of New York
Thurgood Marshall U.S. Courthouse
40 Center Street
New York, New York 10007

Re: **United States v. Aamer Abdulaziz Ahmad Salman**, 17 Cr. 630 (ER)

Dear Judge Ramos,

I hope this letter finds you well.

By way of introduction, my name is Najwa Bekkous and am employed with Phoenix Fund Investment LLC. I am writing to share my personal experiences with Mr. Aamer Abdulaziz, my boss, and to highlight the incredible impact he has had on my life. I believe it's important for you to know what kind of person he is, especially in his role as a leader and mentor.

When I first met Aamer, I was in a really tough spot. I was jobless, ▊▊▊▊▊▊▊▊ and felt completely lost. Despite my situation, Aamer saw something in me that I couldn't see in myself. He hired me when no one else would give me a chance, and that opportunity changed my life.

Working under Aamer's guidance, I went from being a shy, ▊▊▊▊▊ and clueless girl to the confident woman I am today. He constantly pushed me to strive for more, to be better. He encouraged me to continue my education, and with his support, I earned my master's degree in law. His belief in me gave me the motivation I needed to succeed.

In a land far from mine, with no one next to me, Aamer was the father figure I needed, and I would tell him several time, half-jokingly: *"I'm your problem now"*.

One moment that really stands out is when I had my ▊▊▊▊▊▊▊▊▊ At that time, I was almost 100 kg and struggling with my health. While many people kept their distance, Aamer was the only one who came to my house to check on me. His genuine concern and support during that tough time meant the world to me.

Aamer's leadership goes beyond just professional development. He connects with his employees on a personal level, offering guidance, encouragement, and unwavering

support. He never gave up on me, even when I doubted myself. His dedication to my well-being and growth speaks volumes about his character.

I am forever grateful for the opportunities he has given me and the positive impact he has had on my life.

Thank you for taking the time to read my letter. I hope my experiences provide valuable insight into the kind of person Aamer truly is.


Sincerely,

Najwa Bekkous

# EXHIBIT 19

17/09/2024

The Honorable Judge Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Center Street
New York, New York 10007

**Re: United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)**

Dear Honorable Judge Ramos, My

name is Gerard Butler.

It is an honor and privilege to write this letter of support for Aamer. I had previously met him when he visited the farm I was working at in Florida in 2017. He was very interested in the way we were developing the young horses in our care. He showed a great interest in what we were doing and also the staff who were working very closely with the horses. We kept in contact and in September 2020 I joined his US Team. We had spoken at length about his hopes and expectations, so I was very excited to get the opportunity to be able to work with someone who shared the same love of horses. He is very passionate about his horses, and I consider myself very lucky to have met someone like him.

He is highly regarded by our Industry Leaders. He has earned this by his integrity, his loyalty and straightforwardness. He treats everyone he meets with the utmost respect. As a member of his team, we work hard to achieve the goals we set ourselves. We do this thru his leadership and guidance. He is very supportive; he has strong values and beliefs.

As I said previously it is an honor and privilege to write this letter of support for Aamer. He is my Boss but it's my honor to call him a friend.

Thank you for reading this letter.

Respectfully yours,

Gerard Butler

# EXHIBIT 20

Date: 24th September 2024


The Honourable Judge Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Center Street
New York, 10007
Re: United States Vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)


Dear Your Honor,

My name is Tariq Mahmood. I am 42-Year-old, married, and living happily in UAE since 2016 with my wife, and 6-year-old son. I am a Certified Chartered Accountant (CCA) with over 15 Years of diversified experience in the areas of Audit, Taxation and Financial Reporting. I finished my CA qualification in 2009 and an active member of Chartered Accountants Association (United Kingdom) since 2016.

I started my carrier in 2009, by joining Clark & Dean Chartered Accountants (United Kingdom) as a trainee accountant and later served in the same Profession with different roles such as Manager Audit, Manager Finance for good 8 Years. In 2016, I moved to UAE and proceeded further with the same profession. I am also an active member of Accountants and Auditors Association (AAA) United Arab Emirates since 2018.

I Joined Phoenix Fund Investments LLC in February 2019, as Financial Auditor and still I am working in the same company. Mr. Aamer Abdulaziz Ahmed Salman is Chief Executive Officer as well as owner of Phoenix Fund Investments LLC.

It's been over 5 Years now; I have been working with Mr. Aamer Abdulaziz Ahmed Salman. I found him always kind-hearted, humble, caring, down to earth, and an easy-going personality. He is not just a good leader with his employees but also a great human being. We as a team always enjoyed working under his guidance and supervision. As a leader, Mr. Aamer is a very cool-headed and open-minded personality, he is always available to help and support his team, He always listened to us very attentively and helped us to resolve the issues faced by us with his valuable expertise.

During my employment, I have witnessed countless instances where I have seen Mr. Aamer Abdulaziz Ahmed Salman helping people morally and financially. He is such a great employer who helped a lot of his employees which were going through financial difficulties by providing them with interest-free loans. Mr. Aamer Abdulaziz Ahmed Salman also introduced other great benefits to ensure the well-being of us and our family members. He is generous, pious, and strongly believes in equality, his generosity is not only limited to his employees, but also public members take benefits as well in the form of charity and donations.

Under the supervision of Mr. Aamer, I always observed a very healthy work environment, his constructive approach and positive behavior always helped me a lot to improve my skills and confidence. During all my difficult times, his help and support was always there either morally or financially.

I am incredibly grateful, appreciative and privileged to have worked with Mr. Aamer. He is not only a successful businessman but also a great leader and mentor. His valuable advice always helped me a lot to succeed further in my life.

**Yours sincerely,**

**Tariq Mahmood**
**Financial Auditor**
**Phoenix Fund Investments LLC**

# EXHIBIT 21

September 4, 2024

The Honourable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007

**Re – United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)**

Dear Your Honor,

Myself, Zaheer Abbas Yusufali Bhojani a Commerce Graduate (Batch-1993) belongs to a Historical City (Named Aurangabad) of Maharashtra State India, I had started my carrier in the cadre of Accounting and Taxation after completing my Diploma in Accounting and Taxation in the year 1995.

I was running my own Taxation Firm named as Bhojani Taxation for 09 years in my hometown and later in early 2004 moved to Dubai (UAE), working with several Taxation firms in Dubai for almost 13 years. I met first time to Mr. Aamer Abdul Aziz Ahmed Salman at my existing employment with Spicer and Pegler LLC (Accounting & Taxation firm registered with Dubai Economic Department.

Mr. Aamer offered me a placement in his own company Phoenix Fund Investments LLC in April 2017 and after No Objection from the owner (Spicer and Pegler) I had accepted the offer and became a part of Phoenix Fund Investments LLC as General Accountant.

Since last 07 years I have been working with Mr. Aamer Abdulaziz Ahmed Salman and found him a very kind-hearted and good human being, honestly not only me but overall, all my colleagues never felt the relationship with Mr. Aamer as Employer and Employee, he always treated all his staff as a family members and at the same time he is forever ready to help and support to his working staff in a financial /moral or any other sort of support needed.

Personally, talking about me when ever I was in a financial distress or required a break from work, he always accepted my request and helped of the way to make mine and my family life easier and happy.

Mr. Aamer Abdulaziz Ahmed Salman is a good entrepreneur and truly religious person as well, He respects peoples on the moral values and not judging their status. We found him the person believing in equality and appreciate the work and award the appropriate reward to his team on timely basis.

All the business-related peoples do admire the style of running the business and fairness with all the business transactions makes the business running in a smooth and growing direction.

During my service with Mr. Aamer Abdulaziz I personally never faced any challenges in my official and personal life as he was always available to guide me with his experience and helped me to overcome the problems. Honestly since I had started earning money working with different companies and working under different Boss during my service span of 29 years Mr. Aamer Abdulaziz is the only Boss I enjoyed working under his valued supervision.

In return to all the favours received from Mr. Aamer Abdulaziz Ahmed Salman will not take more than a minute for me to decide and to step ahead if he needs any sort of favour from my end anytime.

As I'm a family person having (04 dependent) leaving in Dubai (UAE) apart from PAYEE I have been granted an additional perquisite by Mr. Aamer Abdul Aziz Ahmed Salam like Family Medical Insurance, Mobile Bills and Kids Education Allowance which is completely unusual in UAE Market.

In short, I can honestly declare myself as a luckiest employee working with such a kind and generous personality named as Mr. AAMER ABDUL AZIZ AHMED SALMAN.

# EXHIBIT 22

September 9, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

His Excellency, Honorable Judge,

Dear Sir,

My name is Saeed Abdullah Al Baqqali. I am a UAE national and am 57 years old. I am married and I have three children. I studied Business Management at the University of San Diego in the USA. I know Aamer since the year 2013.

I would like to submit this letter to Your Honor, with the hope that it will receive your attention and consideration, in relation to my fried Mr. Aamer Abdulaziz, against whom you are in the process of issuing judgment.

Aamer is a man of high morals and good conduct. I have known him for many years as a person who loves doing good and who always tries to help others. My friend used to and still strives to provide assistance to everyone around him. He has paid rent for those who were unable to pay it and has contributed to paying the school fees for children from needy families. He also covered the costs of treatment for many patients who could not afford the costs of their treatment.

Several years ago, I faced some financial problems and was unable to pay my rent and my children's school fees. I had no other option but to turn to Aamer, so I went to him asking for help at that difficult time. Aamer did not hesitate for a moment. He immediately took the initiative and took responsibility for paying all the rent as well as my children's school fees. This happened to me on two occasions, and Aamer stood by me and helped me in both instances.

I personally remember that several years ago, and on more than one occasion, some acquaintances came to me asking for help in paying their rent and school fees for their children. Unfortunately, I could not provide assistance to them for their needs, so I took them to Brother Aamer to ask him to help them. He immediately took the initiative and provided assistance without any hesitation.

Aamer did not seek from his actions anything other than to please God and he did so for the love of good for people. Brother Aamer is distinguished by his good morals and generosity. He always tries to spread positivity and contribute to alleviating the suffering of the needy. This is what made him loved and respected by everyone who knew him. Your Honor, I trust in your justice and wisdom, and I ask Your Honor to give due consideration to his good conduct. I hope that this will be taken into account in the judgment that will be issued against him, as a mitigating factor out of mercy for him and the good and noble deeds he has done. God is well aware of our intentions.

Please accept my utmost respect and appreciation.

Mr. Saeed Abdullah Al Baqqali

[signature]

# EXHIBIT 23

September 14, 2024
The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

**Re: United States vs Aamer Abdulaziz Ahmed Salman** 17 Cr. 630 (ER)

**Honorable Judge,** let me first introduce myself to Your Honor. My name is Shakir Abdullah Saeed. My date of birth is ▮▮▮▮▮▮▮▮. I am from the same region in which Mr. Aamer Abdulaziz Ahmed resides. I graduated from an Indian university and then joined a Bahraini contracting company during the real estate boom in the Kingdom of Bahrain.

At the beginning of my career, I did not face any health problems, thank God. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ However, with the presence and contribution of Mr. Aamer Abdulaziz and his continuous support for me, this contributed to providing what I needed for treatment until my father passed away in 2021 due to the Corona illness that affected the entire world. Despite my health and living conditions, I became responsible for managing the affairs of my mother, brother, wife and children and providing for their needs, which worsened the condition of my health and my poor living conditions.

However, with the ongoing contributions and assistance of Mr. Aamer Abdulaziz, which contributed greatly to improving conditions, I was able to meet the expenses of my treatment and to provide for the needs of my wife and children, as well as to provide for the needs of my mother and younger brother, who were left without support after my father's death, such as living, educational and medical expenses.

Mr. Aamer's insightful vision and his continuous plans to reduce the suffering of most people, whether those close to him or those who were distant, and his efforts at all levels, are a huge debt that cannot be repaid. Despite everything, we have great respect for his persistent perseverance in serving society, especially those in need, to achieve the desired goals of healthy societies.

In any case, we can only thank God who has provided us with this man, Mr. Aamer Abdulaziz, and others like him, to be, after God, a support and help to anyone who is in need or want.

Accordingly, we hope that Your Honor, the honorable judge, will take into consideration all these noble deeds that Mr. Aamer has kindly performed when issuing any judgment with respect to him and reduce it to the maximum degree so that this noble man can continue to perform his humanitarian mission and remain by the side of those who need him in the difficult circumstances that we are all going through.

Sincere thanks and appreciation.

[signature]

Shakir Abdullah Saeed

# EXHIBIT 24

September 15, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

**Re: United States vs Aamer Abdulaziz Ahmed Salman** 17 Cr. 630 (ER)

Dear your Honor,

My name is Naser AlAttar, I am 54 years old. I work as Head Business Development in a gaming company. Prior to that I held senior roles in Unilever, Philip Morris and Novartis. I hold a bachelor's degree in financial accounting from the University of Bahrain, Bahrain and a master's degree in business administration from Missouri State University, USA. I live in Dubai, married with 3 kids.

I have known Aamer since 2001, i met him in British American Tobacco (BAT) Co. in Dubai, and, since then, we have been close friends for the last 23 years.

Over the years I have known Aamer, I have seen him doing countless favors, not only for me but for many people that I know as well as others I don't know. In 2002, I had lost my job in BAT as part of company restructuring, I was jobless for around a year, and I was going through a challenging time in my life. At the time, Aamer was working for Philip Morris Co, and knowing my situation, he recommended me for a vacant Supply Chain position which the company was looking for. This career move had had a major impact on my future career that paved the way for future career success years later.

In 2002, I ventured into a small business to sell traditional sweets in the Emirate of Sharjah, UAE. However, after about 6 months of trying to make this business a success, I had to close it due to tough competitive market conditions. At the time, I was left with some rental dues amounting to around $30K which I could not cover and was facing potential charges from the landlord. Knowing my situation, Aamer stepped in and helped me cover those rental dues saving me from potential charges.

In 2004, I met my wife, who was introduced to me by Aamer. We decided to get married in 2005. At the time, I did not have enough money to pay for my wedding expenses. As usual, Aamer was there to help. He helped me with around $8K to furnish my apartment. He said to me " Naser, this is your is wedding gift". Since then, I have been happily married for the last 20 years, thanks to Aamer.

Aamer is a very kind person by nature. He has a very generous heart and passion for helping the needy. I know many people who were in dire need for money (rent payments, school fees, job loss, medical treatment, etc.). They would turn to Aamer for help, and he would never turn them down. Being a close friend to him, I have witnessed all of these noble deeds first hand and I have never seen someone with such capacity for giving.

Aamer is such a humble and altruistic person. He would never brag about his charitable contributions. Over many years, he has been giving and helping people without announcing it and telling people about it, even his family members. Through other people, I learned that there are several poor families and orphanages who receive monthly financial support from Ammer and this has been going on for years.

Aamer helps people from all walks of life, he rejects racism and treats and helps people regardless of their race or ethnicity. His main mission in life is "giving". I remember him one time telling me "Naser, if you want to live longer and be rich, master the art of giving", it was such a profound wisdom that I have always remembered.

Your Honor, there are many families and orphanages that rely on Aamer's financial support for their daily needs and the education of their children. I respectfully appeal to Your Honor's wisdom and compassion to consider, within your discretion, the most lenient sentence possible. Allowing Aamer to continue his mission of supporting the poor, who depend on his help each day, would greatly impact their lives and ensure they can meet their basic living needs.

With thanks,
Sincerely yours,

# EXHIBIT 25

The Honorable Judge Edgardo Ramos

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Center Street

New York, New York 10007

September 13th 2024

Re - United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

In the Name of God, Most Gracious, Most Merciful

Honorable Judge / Dear Sir,

My name is Huda Al Ali, and I am a Bahraini national 62 years of age. I am married and a housewife.

I would like to submit to you this letter, with the hope in God Almighty and in you, for the assistance of my sister's husband, Aamer Abdulaziz in respect of the issuance of your judgment against him.

God Almighty said: "Charity is for the poor and destitute."

Aamer is an honest and respectful man, and I have known him for many years. He was and still is a generous man. He has helped many families. My friend had asked for help to repair her car, but she did not have enough money. She asked him for help, and Brother Aamer did not hold back. He also helped me educate my daughter by paying for cooking courses as a result of which she started her enterprise. I was the link to deliver aid from Brother Aamer to needy families. To this day, needy and sick families ask for aid because they depend on Brother Aamer.

All this aid he provided solely for the pleasure of God Almighty.

I request Your Honor, and I trust in God and in you for your good judgment. I ask you to help him, and I have hope in God first and then in you.

Huda Al Ali

[signature]

# EXHIBIT 26

September 13, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear your honor,

My name is Yosra Salhi. I'm a real estate sales manager in UAE and I lived here for the past 6 years.

In July 2023, I was working in an international real estate developer company and I met Aamer as a client. And since then, my relationship developed to friendship with Aamer.

My relationship continued normally with Aamer until I needed help. I was asked to pay a full amount of my loan or I was gonna be put on a travel ban in a really short period of time, at the same time my mom got sick and I had to travel to my country Tunisia but that wasn't possible. The only person who helped me, stood by me and solved this problem by paying off the full amount immediately. He's the only person that noticed I wasn't fine and was there for me.

At the same time as he was helping me. I watched him help multiple people and I remember our conversation when I noticed that and I asked him amer why do you help this much people. And he replied with god gave me everything so I can help people in need.

He's the most generous, caring and pure hearted person, I will never in my life forget his kindness towards me and how he affected my mental health positively and helped me get out of the most depressive phase of my life that without him it will have gotten much worse.

I have the utmost respect for Amer, who is a really good person who gives of his time and resources to benefit others. I appeal to you, Your Honor, to treat him with mercy as is permitted under the law.

With thanks,
Sincerely yours,

# EXHIBIT 27

September 15, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

I, the undersigned, Mr. Fawwaz Abdul Ghaffar Mohamed Al Alawi Bani Hashem, am a UAE national and 67 years of age. I studied at Ohio College in the United States in the year 1981 and my acquaintance with Mr. Aamer Abdulaziz extends over three decades.

I would like to shed light on my experiences with my dear friend Amer Abdelaziz, who stood with me at the most difficult of times in a manner that I am indebted to him. I was a businessman who owned a factory, and I was in the best financial position. However, in late 2020, in the midst of the Corona pandemic, I was subjected to a serious financial crisis, and I lost my business, my occupation, and my factory, as a result of what happened to my business due to the Corona pandemic. The situation was extremely dire, so I resorted to my brother, Aamer, and explained to him my predicament. This man did not hesitate to help me, and he proceeded to pay my children's school expenses as well as the rent for my house for a period of five years.

What Aamer did is unforgettable. This individual possesses high morals and has deep respect for everyone, which are rare qualities in this time. His kindness was not limited to me only, as when I spoke to him about others who needed financial assistance or work, he always took the initiative to support them. He helped many people, whether in paying the costs of treatment, providing housing, or meeting their basic needs. He also built water wells in poor countries such as Egypt, Pakistan, Afghanistan, and India, providing water to those who are most in need of it.

I also remember a situation in Lebanon where he contributed to the restoration of a church for a group of needy Christians, which indicates that Aamer's heart is open to everyone regardless of their religion or race. He never hesitated to provide assistance to anyone who sought his help, and he always supported the poor and needy with a generous spirit.

I ask God to grant Aamer success in all his endeavors and to increase his success and continuity in doing good.

Your Honor, I hope that the honorable court will look at this case with eyes full of mercy and compassion and that you will kindly apply the lightest possible sentence to our dear brother Aamer Abdulaziz. I am confident that you will receive a great reward from God Almighty for this decision.

Sincere thanks and appreciation.

Mr. Fawwaz Al Alawi

[signature]

[handwritten: 15/9/2024]

# EXHIBIT 28

[bilingual header]

[logo] Adnan Alawi Bani Hashem

September 17, 2024
The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

**Re: United States vs Aamer Abdulaziz Ahmed Salman** 17 Cr. 630 (ER)

Honorable Judge Edgardo Ramos,

I, the undersigned, Adnan Abdul Ghaffar Mohamed Alawi Bani Hashem, am a UAE national, born in 1956 hereby state that I have been a personal friend of my dear brother, Aamer Abdul Aziz, for nearly thirty years. I and everyone who has dealt with him and knows him can testify that he is a loyal friend, an honest man, and a man of good reputation and high morals. This man is good to everyone without desiring any compensation. He helps those he knows as well as those he does not know. On a personal level, I went through very difficult circumstances a long time ago, and Mr. Aamer Abdul Aziz granted me a benevolent loan on the condition that I repay the loan when my financial problems ended. When I defaulted on the repayment, he waived the loan, and he has not asked me to repay the loan amount until now. When I spoke with him, he said to me that we are brothers in God. This man has very strong relations with the United Arab Emirates, especially the Emirate of Dubai. He used to frequently attend the council of the late Sheikh Hamdan bin Rashid Al Maktoum; may God have mercy on him.

I also testify that this man is extremely generous with all those who need assistance in various countries, whether by contributing to the costs of treatment or the restoration of hospitals, mosques and churches. I also would like to mention that he helps people regardless of their race or religion.

I ask God to grant success to my brother and dear friend Aamer Abdulaziz in all his endeavors, and I ask God to grant him more of His grace and generosity.

Honorable Judge, I hope that your esteemed court will look at this case with mercy and compassion and take into consideration the assistance this man provides to the poor and needy, and that you will kindly apply a lighter sentence and acquit our brother Aamer Abdulaziz so that he can continue to be able to proceed with his work in helping poor, as these poor people have no one to support them after God except our brother Aamer Abdulaziz. I am fully confident that your court will look with mercy at Mr. Aamer's case and reduce his sentence and acquit Mr. Aamer so that he can continue to help the poor and needy in more than one country.

The matter is left to your esteemed court to do what you see as best for everyone.

Please accept my utmost respect and appreciation.

Adnan Al Alawi Banu Hashem

[signature]

[bilingual footer]

United Arab Emirates – ███████████████████████████
Email: █████████████████████████

# EXHIBIT 29

September 07, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear your Honor,

Kindly be advised as follows:

I hereby, Mohamed Abd Ali Mohamed, a Bahraini citizen, 56 years of age, married with three kids, resident in Dubai, UAE for the last three decades. I am working in International Marine Company in the post of Purchasing Manager. I am submitting this character letter in favor of Mr. Aamer Abdulaziz Ahmed Salman.

I have known Mr. Aamer since 25 years. Over the past years, my dear friend Aamer showed a very friendly, caring and keen supportive attitude. He is a kind of friend who really values the friendship in terms of providing all kinds of assistance and support in both morals and materials aspects. Aamer and his family became my close family friends. Our two families had great gatherings on happy occasions and sorrow events.

As he is aware of the high tuition fees of the medicine college, (USD 34,000/Academic Year) and being financially capable, he volunteered to shoulder all the expenses of my daughter's Nour academic studies in Dubai Medicine College For Girls for the last four years until her graduation this year.

Further, currently he is financially supporting the educational process of my son ███████ who is suffering of ███████████ Such support includes special schooling arrangements fo███████████████████████

In conclusion, I would say that our dear family friend Mr. Aamer has superseded the old proverb "A friend in need is a friend in deed" as he doesn't wait for the needy ones to ask for his help and support, rather he takes the initiative and acts duly, being a proactive in nature.

I can be contacted on ███████████

Best Regards,

Mohamed Abdali Mohamed

Signature:

# EXHIBIT 30

September 15, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Honorable Judge Edgardo Ramos,

I am Mr. Ali Al Raeesi, a UAE national, and I work at the Government of Dubai. I am 40 years old and a widower with four children. I know Aamer for 15 years.

At the outset, I would like to first speak about my brother and friend, Aamer, by quoting a phrase that is common among the Arabs and used to refer to a perfect decent human being with good morals: "You have many a brother who was not born of your mother." These words are enough to express the beautiful humane sentiments that characterize Brother Aamer, as he is known for his good personality, courage, and humanity, as well as for helping others without any discrimination, whether by race or gender. He always did and still continues to help the needy in order to provide some relief to them and bring a smile to their faces.

I have had several humane experiences with Brother Aamer, including when my wife passed away more than a year ago, when he became a brother, father, and friend to me, and stood alongside me and my four children. He also did something noble that I will never forget, when he undertook to build a mosque at his own expense outside the country, in Indonesia, in the name of my deceased wife.

Talking and speaking cannot do justice to this dear person, as there are many, many people, some of whom I know personally, for whom Aamer undertook to pay for their treatment expenses, as he used to set aside part of his wealth for charity and helping the needy.

All my prayers are for his long life and continued health and well-being, O Lord of the Worlds.

Finally, I leave the matter to your justice and mercy, and I beg you to take these humanitarian factors into consideration when issuing the judgment.

With utmost respect and appreciation.

Ali Al Raeesi

[signature]

# EXHIBIT 31

TO.

THE HONOURABLE JUDGE EDGARDO RAMOS,
SOUTHERN DISTRICT OF NEW YORK,
THURGOOD MARSHALL U.S.COURTHOUSE,
40 CENTER STREET,
NEW YORK -1007

Honorable Judge

Dear Sir

I, Riyad Moosa Jafar, hereby submit my letter and I wish to state to Your Honor that the so-called, Aamer Abdulaziz Ahmed, a Bahraini national, bearing National Identity Number ████████, was my classmate from elementary school until the end of middle school. He was known for his good morals and was loved by all the students in the school. He had a spirit of cooperation and loved helping others. After graduating from school, he became involved in social activities by helping needy families and orphans. He was always in touch with charitable organizations. He also cared about children and used to provide assistance and gifts to children on religious and annual festivals. He was known in the community for his good morals, honesty and truthfulness.

Therefore, I plead to the honorable judge, from whose justice we seek mercy and compassion, to return my decent friend to his family and relatives. May God protect and care for you, honorable judge.

Riyad Moosa Jafar

[signature]

09/09/2024

# EXHIBIT 32

[bilingual header]

| Salmabad Housing Charity Fund | [Logo] Est. in 2004 AD / 1425 AH | Salmabad Housing Charity Fund |

**DATE: 09-09-2024**

TO,

**THE HONOURABLE JUDGE EDGARDO RAMOS,
SOUTHERN DISTRICT OF NEW YORK,
THURGOOD MARSHALL U.S.COURTHOUSE,
40 CENTER STREET,
NEW YORK -1007**

**Certificate of Gratitude and Appreciation**

The Board of Directors of the Salmabad Housing Charity Fund is pleased to convey its gratitude and appreciation to Mr. Aamer Abdulaziz Ahmed, bearing Identity Number ███████ for his participation in supporting the Assistance to Orphans, Children and Poor Families Program. May God place this in his scale of good deeds and we wish him success and prosperity.

Chairman of the Board of Directors

[signature]

Ali Youssef Hassan

[bilingual footer]

| Tel:███████ – Fax:███████ – ███████ – Kingdom of Bahrain |
| National Bank of Bahrain Account No.:███████ |

# EXHIBIT 33

TO

THE HONOURABLE JUDGE EDGARDO RAMOS

SOUTHERN DISTRICT OF NEW YORK

THURGOOD MARSHALL U.S. COURTHOUSE

40 CENTER STREET

NEW YORK, NEW YORK 10007


I UNDERSIGNED  SHAIKH YASSIN HUSSEN USMAN, INDIAN NATIONAL

PERSONALY  KNOWS MR  AAMER ABDULAZIZ AHMED SALMAN, RESIDENT OF

BAHRAIN . HE IS RELATIVE OF MR RIYADH  WHERE I WORKED ABOUT 30 YEARS.

I KNOW  PERSONALY MR AAMER ABDULAZIZ AHMED SALMAN  HE IS GOOD

AND KIND GENTELMAN  HE LOVES THE PEOPLE AND VERY KIND AND HELP TO

PEOPLE. HE IS DOWN TO EARTH.HE IS GENEROUS AND HELPFUL TO  THE PEOPLE

AND HE  GIVES  THE  CHARITY.

I ALWAYS WISH HIM SUCCESS.

SHAIKH YASSIN HUSSAIN USMAN

KINGDOM OF BAHRAIN

DATE: SEPTEMBER 09 2024

# EXHIBIT 34

September 23, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear Your Honor,

It has been a true pleasure to call Aamer my friend for the past two and a half years.

My daughter and I met Aamer in a restaurant, when he was seated next to us. We both took an instant liking to him and have been friends ever since.

Aamer is truly a remarkable person. He's consistently polite, sincere, and generous, treating everyone he meets with respect. His ability to connect with others is exceptional. He treats his doormen like family, and volunteers with New York Cares. His kindness and community spirit really make a difference in the lives of those around him.

My family and I have had the joy of spending the last two Christmases with Aamer, creating cherished memories together.

Thank you, your honor, for reading this letter.

Sincerely,

Patricia Greenbaum

# EXHIBIT 35

September 22, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear Your Honor,

My name is Melissa Greenbaum, and I have been fortunate to call Aamer a friend for the past two and a half years.

We met by chance while sitting next to each other at Ravagh Persian Grill on Madison Avenue. I was having lunch with my mother when a conversation struck up with Aamer, the man beside us. He was intelligent, well-spoken, and funny, and before we knew it, we had adopted him as our new friend.

Aamer has spent the holidays with my family and has helped me financially during times when I was out of work and struggling to pay my rent. He has been a truly great friend, demonstrating honesty, kindness, and reliability.

My mother and I have also attended several of his building lobby parties, where he buys pizzas to share with anyone in the lobby who wants a slice on Friday nights. Through these gatherings, all the tenants have gotten to know one another on a more personal level. Aamer has a unique talent for bringing people together and making them feel cared for and well-fed. His character has positively influenced others and contributed significantly to our community.

Thank you, Your Honor, for taking time to read my letter.

Sincerely,

Melissa Greenbaum

New York, NY

# EXHIBIT 36

September 08, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER

To Whom It May Concern
Good evening to one and all

To the Honorable District Judge
and Honorable US Courts of Justice

I am Dr. Mahdi Al Farreekh from the Kingdom of Bahrain, and I submit this letter to Your Honor, hoping that it reaches you while you are in the best of health and safety. This may be the first time that I am writing to individuals working in the judiciary, and it is a great honor, that I do not claim, for me to communicate with judicial bodies, respected courts and respected individuals beyond the geography of my country, Bahrain. But this matter deserves that and even more.

How could it not be so, when I am in the process of apprizing and conveying to you whatever I can in respect of the ethics, good treatment, sophistication in behavior, unparalleled intelligence, keenness in management, pronounced generosity and refined taste, all of which I found through my companionship, friendship and emotional closeness with that esteemed person, respected man and humble academic, Brother Aamer Abdulaziz.

I found him easygoing, simple in his life, prodigious in his dealings, balanced, moderate and composed, accepting others for whoever they are and from whatever country they come, extending a helping hand to everyone in need, never saying 'No' except in the right place and to those who deserve it, not transgressing the law, not interfering in what does not concern him, avoiding problems, not interacting with those who have criminal records, being careful and cautious, always keen to offer advice as a minimum of faith to those who resort to him, not mixing with anyone who does not respect the law and the policies of the countries in which he lives, firm to a great extent in matters related to prohibitions and taboos to the point that he does not hesitate to make any difficult personal decision, even if it leads to breaking a relationship in order to preserve his respected reputation and his numerous relationships with important figures in all the countries we have traveled to together.

Your Honor, it may occur to your mind that I am exaggerating in laying out and describing the relationship that I have with Mr. Aamer. This is absolutely not the case at all, and out of consideration for your valuable time, I will only write what I find fair and honest to be mentioned in respect of this human being.

Honorable Judge, Aamer Abdulaziz is the type of person who gives and does not take. Rather, he gives a lot and forgets for the sake of Allah and for the love of others. It is difficult for him to leave any needy person without fulfilling his requests, and this is often at the expense of his time, money and even his health, and sometimes it exceeds the limit of reputation. When you mention this to him or discuss it with him, his reaction is "No problem. Time will return to me what I lost, and God will be on the lookout for those who tried to laugh at me and implicate me." He used to leave such matters to fate and live each day anew with vigor and vitality.

People know from the very first moment that Aamer Abdulaziz is a person who takes the initiative to give advice, extend a helping hand, and open the door of his house to them. Sometimes he used to say to me, "I know the consequences of my relationships with these people, but perhaps God will guide them." When you ask him to leave them and not help them, he strongly refuses and says, "How can I leave them? God is the one who has made me to serve them. Perhaps the day will come when I need them, and they will certainly not deny my favor to them, for people are there for people."

Respected sir, when I describe the ethics, behavior and good treatment of brother Aamer, it is not surprising or exaggerated because I lived with him for many years, and I was new to him in the relationship when I was looking for work in the United Arab Emirates. In my first 10 days there, he asked me to take my things and luggage from the hotel and he put me up in an apartment with four other people whom I did not know. He told me to stay here temporarily and leave the matter of searching for work to him. I stayed in that apartment for about 23 days. He was the one who called me and asked for my papers for work, and he often invited me to lunch and dinner.

I used to ask myself why he was so interested in me, and day by day, my relationship with him became stronger and I started talking to him without any restrictions or formalities, especially when I learned that he himself was the one paying the rent for the apartment with one other person, and because he would not disclose anyone's private matter when helping people. He would not tell me about the other people and that they were also looking for a job opportunity, and that since the cost of living in the UAE was expensive, he and another person helped whoever asked for help. It must be kept in mind that one of the people was not from my country, Bahrain, and was not even Arab or Muslim, but was from India and was a Christian. It was at this juncture that I closely perceived the humanity of this man in his dealings with others, as he was not restricted by gender, race, color, language, religion or sect, since he interacted with people, all people, as human beings. So, it was not strange, and I was not surprised by the large number of acquaintances and friends that he had from all races and nationalities, and I personally benefited from them, all the credit for which goes to Mr. Aamer Abdulaziz.

Ever since that day, we lived together through good and bad, sharing food, living in the same circumstances, using the same things for our life and livelihood, and sharing the expense and all the luxuries and basics in that place of residence. Therefore, it behooves me to write, without any exaggeration, what was mentioned above, and with all pride and honor, about this cultured, judicious man who loves others, is patient with the injustice of some, is content with what he has, believes in fate and destiny, and is patient in affliction.

Your Honor, Honorable Judge, I have mentioned to you a little of what I lived and saw of this man, Brother Aamer, and we certainly know in advance that the human conscience and manmade laws will be fair and they will stand with Aamer only because, due to a moment of negligence and poor judgment, he found himself in that place.

We are all human beings and the 'best of wrongdoers are those who repent.' Error in this world can have good consequences and it is very possible to overcome them and return to the right path and reschedule the file of what remains of life. How could it not be, when we beseech you, Your Honor the Honorable Judge, to honor the record, reputation and history of Brother Aamer Abdulaziz, as he deserves from you a merciful, fair, and just glance, that will restore to him the months and years that he has lost, as he deserves to be among his family and loved ones at the earliest possible opportunity.

As we make this request to you, which is the wish of every friend and relative of his, we do not doubt for a moment that our request will see the light of day and will be realized very soon. How could it not, when you are the ones who occupy the judicial platform, and in you we have trust, hope and optimism, as you are worthy of that.

This is what must be mentioned to you, and we convey to you our abundant thanks and gratitude.

May you always remain in good health, safety, success and happiness.

Dr. Mahdi Al Farreekh
Sunday, September 8, 2024
██████████
Kingdom of Bahrain
[signature]

# EXHIBIT 37

September 07, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Name : Ekaterine Gabashvili
Address : Uniter Arab Emirates, Dubai, ███████████████
Phone Number : ████████
Email Address : ████████████████

To Whom It May Concern:

Dear Honorable Judge,

Thank you for the opportunity to reach you with this letter.

My name is Ekaterine Gabashvili, MD Pharmacy, I have experience of 16 years in industrial pharmacy, different positions from laboratory assistant to Quality Assurance Senior Specialist, in Georgia.

Because of the political and economic situation, I had to leave the country and family and reside in another country.

I know Amer from 2022, since I moved to the UAE, and I am favored to know him. The purpose of this letter is to provide a fuller picture of him as a person and express my respect and gratitude.

Currently, I am living and working in Dubai. Occupation: sales agent/real estate brokerage company. Income is mostly based on commissions from the sales.

Amer helped me from the beginning, despite not knowing me well for that time. I was struggling to cover even the basics, living in a shared apartment with 10 girls. As a charity, he arranged a full-year rental so that I could shift and at least have an accommodation, the most needed for me for that time to maintain normal work and personal life.

Except that, he offered me to help get a better job so that I could have a basic income and not be dependent on the commissions, which we could not fulfill. Firstly, I was tied to the contract with the company, and to avoid extra fines and fees, I decided to finish the contract with them, and secondly, he had to leave the country.

Except that, I have seen myself, how he was helping random people—his kindness is not expressed only financially; the most important is showing his respect and empathy towards laborers, people working outside in the heat, people in need, for whom even a nice and equal attitude means a lot.

This letter is the only thing I can do for him, and I hope it will reflect somehow on the court's final decision.

I am available to confirm the facts in this letter, if it's necessary.

Sincerely,

# EXHIBIT 38

Date: 17th September 2024

The Honourable Judge Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Center Street
New York, New York 10007

Re – United States Vs Aamer Abdulaziz Ahmad Salman 17 Cr. 630 (ER)

Dear Your Honor,

I Mamata James, hereby would like to shar the following.

I met Mr Aamer Abdulaziz Ahmad Salman briefly in Dubai, United Arab Emirates around 2018/2019 whilst I was working for Emirates Racing Authority, I met him in numerous racecourses in Dubai whilst working at the races. Mr Salman was highly respected and well liked by the entire racing industry. He has always been very kind respectful to all his colleagues and associates.

I was settled in Dubai with my husband and two children but we had to leave Dubai for good in August 2019 to the United Kingdom, due to the ███████████████████████████ ████████████

On 2nd of May 2018, i received a ███████████████████████████████
etc
We were living in world trade centre apartments; they are like serviced apartments with reception desk etc.
So, I called the reception and asked them to go up to my apartment an check, they went up and knocked on the door but there was no answer. I tried ringing his phone, which was switched off.
My office was very close to where we lived so I ran home

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

So, they pull me aside and called for different paramedic team and police, my house was full of paramedics, forensic team, police guarding the house.
My two kids were in school
The paramedic team took him to hospital and I followed, when I got to the hospital, I asked

████████████████████  that I worked very hard for.

███████████████████████████████████████████████████

I carried on working and doing my normal routine as if nothing ever happened, whilst no one including children knew what was going on.

███████████████████████████████████████████████████

So, I quit my job, I was working for Dubai World Trade Centre in Expo 2020 project at the time. In August 2019, we moved permanently to UK. I travelled to his parents in Liverpool with two kids as he had to serve his 30-day notice so he stayed back.

We had rented a house in Marlborough, Wiltshire and plan was for him to go there directly from Dubai sort the house and we to follow.
He did come to Marlborough, and he was there for month before he came and got us from his parents.
When I arrived, I found out he had ████████████████████████████████████
████████████

With whatever monies was left, we put that into joint account and we both had a debit card. I was busy trying to sort the house, kids, school, etc, and he was picking odd ridding jobs but I never seen the wages. Later I found out he was wasting ████████████████  I was so stupid to kept trusting him.

One day I just thought I would go and check how the bank was doing and to my horror, there was literally 200 pounds left in the account.
I wasn't working, there were no jobs about as it was a small village. I have had to borrow money from my mum so we could get by.

From the racing circle Mr Aamer Abdulaziz found out about what had been happening and he called if I wanted the job in their Newmarket office, Shaun (my husband) asked me to take the job. I said no, because I absolutely hated Newmarket at the time.
But he forced me saying we have no other way but to move. So, we moved from Marlborough to Newmarket and I started working for Phoenix from November 2019, Mr Aamer Abdulaziz paid for everything, the expenses of move, house rent etc. During this transition Mr Aamer Abdulaziz made sure that we were supported and looked after by all means possible.
When we moved to Newmarket, my husband took up a horse riding job in December with Marco Botti racing.
Things were very hard but we kept moving, I managed all the money and the bills, with both our wages going into the joint account and only I had the bank card.
But he continued pinching money from the account, making excuses after excuses, lying about money being spent on something else.

It was really affecting my ██████████ ███████████████████████████ It was only when I started running, I could rethink and process what had happened and what was happening and why I had been living like this?

I guess I was just numb and never really got the chance to face the situation and check on myself, as I just carried on

I was literally managing and mothering him. Working full time, looking after kids and doing all the house chores.

So in 17th of September 2021, I finally managed to get my husband moved out of the house with the help of police and social services.

Since than life has been far better, Mr Aamer Abdulaziz and the company has played a major role in my and kids life, our mental health and overall wellbeing, they have literally saved our lives. If it wasn't for Mr Aamer Abdulaziz me and my kids would have been homeless. And he did this out of pure goodwill and expecting nothing in return. I am still working for the company, and thriving, so I shall be forever grateful to Mr Aamer Abdulaziz.

I just wanted to share my story and let you know how kind and generous Mr Aamer Abdulaziz really is. Should you wish to contact me my number is ████████████ and my email address is ██████████████████

Yours Sincerely,
Mamata James

17/09/2024

# EXHIBIT 39

September 16, 2024

The Honorable Judge Edgardo Ramos,

Southern District of New York,

Thurgood Marshal U.S. Courthouse,

40 Centre Street,

New York, New York 1007.

Re: United States vs Aamer Abdulaziz Ahmed Salman 17 Cr. 630 (ER)

Dear Respected Honorable Judge Edgar Ramos,

I, Vishal Pandurang Kodikal, a Citizen of the Republic of India, holder of Indian Passport ██████ ██████████████ am a Non Resident Indian, 56 years old, residing in Dubai, United Arab Emirates (U.A.E.). I am married for 25 years and have a 16 year old daughter.

I have been residing in Dubai, U.A.E. since 1976 and completed my high school in Dubai by 1984 followed by University studies in London, United Kingdom. On completion of my studies, I returned to Dubai for employment in 1990.

During my career, I had the opportunity to meet Aamer , for the first time, during 1999. We worked together with British American Tobacco and our friendship has perpetuated for 25 years. I am very proud of being called his friend and he has guided me during some critical junctures of my life, personal & professional. I value his friendship and presence in my life.

Aamer is the epitome of the saying "A friend in need is a friend indeed" and his strong values, admirable character doubled by his infinite compassion, always leads him to be the first one to reach out to people in need. Aamer's charitable contributions, irrespective of nationality, religion, race or gender, are constant, though not advertised, as he carries out these activities privately, without any need for recognition.

I humbly request that you take the above factors into consideration and show leniency & mercy in your judgement, as you deem fit.

Thanking you,

Sincerely,

Vishal Pandurang Kodikal

████████████ Dubai, UAE

████████████████

# EXHIBIT 40

September 07, 2024

The Honorable Edgardo Ramos
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 1007

**Re: United States vs Aamer Abdulaziz Ahmed Salman** 17 Cr. 630 (ER)

Dear your Honor,

My name is Sharief Ahmed Abualrahi, 47 years old and Saudi Arab national. I have BSC in
Mechanical Engineering from King Fahd University of Petroleum and Minerals in Dhahran,
Kingdom of Saudi Arabia. I also have MBA from University of Wollongong in Dubai, United
Arab Emirates.

I'm now working as a Senior Manager in The National Shipping Company of Saudi Arabia
(BAHRI). I have been living in Dubai, United Arab Emirates for 21 years. I have travelled
around the world and met many nationals and nations.

I have known Aamer Abdulaziz and his family for more than a decade. We have been flatmates
for some time in Dubai and he's been as an older brother to me. I have known him for his good
moral character, conduct and behaviour. He has been supporting his family physically and
spiritually. He has also extended his support to other people for education, living and needs. He
has participated in charity. Being a resident in Dubai, he has known many different nations and
cultures that he has shown good respect, friendship and love without differentiating between
anyone.

I always remember his advices to support me in deciding to get married and create a family. He
has advised me in many occasions to support people, be patient and be good to others.

This is to the best of my knowledge, and I wish Aamer to come back, live a good life with his
family and people and continue his good cause in life.

Kind regards,
Sharief Ahmed Abualrahi

# EXHIBIT 41

TO,

**THE HONOURABLE JUDGE EDGARDO RAMOS,
SOUTHERN DISTRICT OF NEW YORK,
THURGOOD MARSHALL U.S.COURTHOUSE,
40 CENTER STREET,
 NEW YORK -1007**

Honorable Judge

Dear Sir,

I, Mrs. Rabab Ali Habeeb, submit that I bear Lebanese nationality and live in the Kingdom of Bahrain for 22 years, and am married to a Bahraini national, and I would like to state to Your Honor that Mr. Aamer Abdulaziz Ahmed is a Bahraini national, with a good reputation in Bahraini society. He has been continuously active in social work in cooperation with women's associations and contributes to supporting orphans and the childhood program. He is characterized by honesty, trustworthiness and good morals. Therefore, Your Honor, I ask the honorable court to look at dear Aamer with the eye of mercy so that we can see him soon amongst us all and he can continue serving his community, his family and his loved ones.

Rabab Ali Habeeb

[signature]

09/09/2024