UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

              Plaintiff,

-against-

AAMER ABDULAZIZ AHMED SALMAN,

              Defendant.

**ORDER**

17-cr-630 (ER)

Ramos, D.J.:

    On December 5, 2025, Aamer Abdulaziz Ahmed Salman moved for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court held a hearing on the motion on March 4, 2026. For the reasons set forth on the record, the motion is DENIED.

    SO ORDERED.

Dated:   March 4, 2026
           New York, New York

                                                            Edgardo Ramos, U.S.D.J.