Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2026

Caption:

United States _____ v.

Aamer Abdulaziz Ahmed
Salman _____

Docket No.: 17-CR-630 (ER)

Hon. Edgardo Ramos
_____
(District Court Judge)

Notice is hereby given that ___ Aamer Abdulaziz Ahmed Salman ___ appeals to the United States Court of
Appeals for the Second Circuit from the judgment ____, other |  Order Denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A)
_____
(specify)

entered in this action on __ March 4, 2026 ___.
                         (date)

This appeal concerns: Conviction only [___]   Sentence only [___]   Conviction & Sentence [___]   Other [ X ]

Defendant found guilty by plea [X ] trial [___] N/A [___].

Offense occurred after November 1, 1987?   Yes [ X ]   No [___]   N/A [___]

Date of sentence: ___ April 23, 2025 ___   N/A [___]

Bail/Jail Disposition: Committed [ X    Not committed |    | N/A [

2026 MAR 17 PM 3:0
S.D. OF N.Y.
U.S. DISTRICT COURT
FILED

Appellant is represented by counsel? Yes  X  | No |    | If yes, provide the following information:

Defendant's Counsel:       Michael J. Gilbert

Counsel's Address:         30 Rockefeller Plaza

                           New York, New York 10112

Counsel's Phone:           212-896-0611

Assistant U.S. Attorney:   Juliana N. Murray

AUSA's Address:            26 Federal Plaza

                           New York, New York 10278

AUSA's Phone:              212-637-2314

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

              Plaintiff,

       -against-

AAMER ABDULAZIZ AHMED SALMAN,

              Defendant.

**ORDER**

17-cr-630 (ER)

Ramos, D.J.:

On December 5, 2025, Aamer Abdulaziz Ahmed Salman moved for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court held a hearing on the motion on March 4, 2026. For the reasons set forth on the record, the motion is DENIED.

SO ORDERED.

Dated:   March 4, 2026
        New York, New York

_____
Edgardo Ramos, U.S.D.J.

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Mar 17, 2026 3:04PM

AAMER ABDULAZIZ AHMED SALMAN

| Rcpt. No: 47537 | Trans. Date: Mar 17, 2026 3:04PM | | Cashier ID: #JE (6744) | |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| --- | --- | --- | --- | --- | --- |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
| --- | --- | --- | --- | --- | --- |
| CH | Check | #42909 | 03/17/2026 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 17CR630 ER

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.