AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    17-CR-630-009-ER |
| Aamer Abdulaziz Ahmed Salman | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Aamer Abdulaziz Ahmed Salman                                                                                      .

Date:      12/03/2025

/s/ Michael Gilbert
*Attorney's signature*

Michael Gilbert Bar No. 2755429
*Printed name and bar number*

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 39 FL
New York, NY 10112

*Address*

mgilbert@sheppardmullin.com
*E-mail address*

(212) 653-8700
*Telephone number*

(212) 653-8701
*FAX number*