AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | | |
|---|---|---|---|
| USA | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 17-CR-630-009-ER |
| Aamer Abdulaziz Ahmed Salman | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Aamer Abdulaziz Ahmed Salman                                              .

Date:      12/03/2025                                            /s/ Julian Klein
                                                                    *Attorney's signature*

                                                         Julian Klein NY Bar No. 6219026
                                                           *Printed name and bar number*

                                                      Sheppard, Mullin, Richter & Hampton LLP
                                                           30 Rockefeller Plaza, 39 FL
                                                              New York, NY 10112

                                                                    *Address*

                                                         jklein@sheppardmullin.com
                                                              *E-mail address*

                                                              (212) 653-8700
                                                            *Telephone number*

                                                              (212) 653-8701
                                                              *FAX number*