

May 28, 2026

Michael J. Gilbert
+1.212.896.0611
mgilbert@sheppard.com

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***United States v. Aamer Abdulaziz Ahmed Salman**, 17-CR-630 (ER) – Request for Order Directing Pretrial Services to Release Passport to Counsel*

Dear Judge Ramos:

We respectfully submit this letter on behalf of Aamer Abdulaziz Ahmed Salman ("Mr. Salman") to request an Order directing Pretrial Services to release Mr. Salman's passport to undersigned counsel for safekeeping and use in connection with anticipated immigration and removal logistics at the conclusion of his sentence.

As the Court is aware, Mr. Salman is serving an 18-month term of imprisonment and is scheduled for release from Bureau of Prison's ("BOP") custody on or about October 20, 2026. Prior to sentencing, Mr. Salman was directed to surrender his passport as part of the conditions of pretrial release.  Those bail conditions have now been exonerated in light of Mr. Salman's current custodial status, and Pretrial Services' continued possession of the passport is solely a legacy of the prior bail condition rather than any ongoing release condition.

There is a substantial likelihood that Immigration and Customs Enforcement ("ICE") will assume custody immediately upon his release, and possession of Mr. Salman's passport at that time is critical to facilitate prompt repatriation and avoid unnecessary and prolonged detention. With the passport in counsel's possession at release, ICE can typically arrange prompt removal, whereas without it ICE may need to pursue additional travel authorization, materially delaying removal and risking extended ICE detention while authorization is obtained.

Because Mr. Salman is not on bail and remains in custody, releasing the passport to counsel does not create any risk of flight or nonappearance.  Counsel will maintain the passport securely and will provide it to appropriate authorities as needed to facilitate Mr. Salman's timely removal upon release.

For these reasons, Mr. Salman respectfully requests that the Court enter an Order directing Pretrial Services to release Mr. Salman's passport to undersigned counsel.

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
T: +1.212.653.8700 | F: +1.212.653.8701
sheppard.com

Hon. Edgardo Ramos
May 28, 2026
Page 2

Respectfully Submitted,

Michael J. Gilbert

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Michael J. Gilbert
Julian Klein
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701
mgilbert@sheppard.com
jklein@sheppard.com

AGNIFILO & INTRATER LLP
Marc Agnifilo
445 Park Avenue, Ste 7th Floor
New York, NY 10022
Tel.: (646) 205-4350
marc@agilawgroup.com

AMSTERDAM & PARTNERS LLP
Peter J. Sahlas
1101 30th St NW, Suite 500
Washington, DC 20007
Tel.: (202) 999-4724
p.sahlas@amsterdamandpartners.com


*Attorneys for Defendant Aamer Abdulaziz Ahmed Salman*


cc: Assistant United States Attorneys Kevin Mead (Kevin.Mead@usdoj.gov) and Juliana Murray
(Juliana.Murray@usdoj.gov)