MANDATE

1:17-cr-00630-ER-9

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 19 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-six.

---

United States of America,

Appellee,

v.

Mark S. Scott, Ruja Ignatova, AKA Cryptoqueen, Konstantin Ignatov, David R. Pike, Karl Sebastian Greenwood, Frank Schneider, Irina Dilkinska, William Morro,

Defendants,

Aamer Abdulaziz Ahmed Salman, AKA Amer Abdulaziz,

Defendant - Appellant.

---

**ORDER**
Docket No. 26-671

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 08/19/2026